UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

 v.

VICTOR KOBZAR,

    Defendant.

Case No. CR09-84 MJP

**DETENTION ORDER**

Offenses charged:

 Conspiracy to Commit Bank, Mail, and Wire Fraud.
 Bank Fraud.
 Mail Fraud.
 Wire Fraud.
 False Statements on Loan Applications.
 Monetary Transactions using Criminally Derived Property.
 Forfeiture Allegation.

Date of Detention Hearing: March 31, 2009.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

DETENTION ORDER -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant is charged with crimes spanning over three years and involving millions of dollars. The government proffered that defendant and his co-defendants have transferred large sums of money recently. Specifically, on May 27, 2008, defendant opened a bank account; $5,171,429 was deposited and $4,100,000 was withdrawn. He is the sole account holder of this account. Cash withdrawals totaling $2,644,890 were made. Where this money went is unknown. The defense contended defendant has no money and that most of the money went to the co-defendants. But this is not supported by the proffer made by the government regarding its investigation of defendant's assets and bank accounts. The government also proffered that defendant is proficient at making fake loan documents and tax returns and has the ability to make fake travel documents.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel

///

for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 31st day of March, 2009.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER -3